

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No.  01-12-00704-CV; *In re Tammy Fountain*

Petition for writ of habeas corpus from Trial Court Case No. 2010-31997, in the 309th District Court of Harris County, Texas.

On January 2, 2013, relator Tammy Fountain filed a motion for rehearing in this habeas corpus proceeding.   The Court requests a response to the motion.   The response is **due Tuesday, January 15, 2013**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                            Acting for the court

Panel consists of Justices Keyes, Massengale, and Brown.

Date: January 8, 2013